**Ron J. RODS, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR, Respondent.**

No. 2006–3424.

United States Court of Appeals, Federal Circuit.

Nov. 6, 2006.

*Official Caption*[3]

*ORDER*

The order of dismissal and the mandate dated October 31, 2006 having been issued in error,

IT IS ORDERED THAT:

(1) The order of dismissal issued October 31, 2006 is vacated, the mandate recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before December 19, 2006.

**Julieta O. MANDONAHAN, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2006–7323.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2006.

Julieta O. Mandonahan, pro se.

*ORDER*

Julieta O. Mandonahan submits an informal brief. The court considers whether to vacate the court's October 4, 2006 order dismissing Mandonahan's appeal for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's October 4, 2006 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.

(2) The Secretary of Veterans Affairs should calculate the due date for his brief from the date of filing of this order.

---

**3.** Required for use on petitions, formal briefs and appendices, court opinions, and disposi-
tive court orders. FRAP 12(a); 32(a).